# SIMMS SHOWERS LLP

MARIOS J. MONOPOLIS
ASSOCIATE
MJMONOPOLIS@SIMMSSHOWERS.COM

10-MC-023 (ADC)

January 21, 2010

Frances Rios de Morán, Clerk
United States District Court
  for the District of Puerto Rico
150 Carlos Chardon Street, Room 150
Hato Rey, Puerto Rico  00918

    Re:    *World Fuel Services Europe, Ltd and Bromley Partnership, LLP v. The Republic of Iraq and The State Enterprise for Water Transport*
           1:09-cv-00629-JFM, United States District Court for the District of Maryland

Dear Mr. Morán:

Enclosed, please find a certified copy of a judgment in the above-referenced matter, as well as the requisite filing fee of $39.00, in order to register this judgment in the District of Puerto Rico.

Your prompt attention to this matter is appreciated; if you have any questions, please do not hesitate to contact me at (410) 783-5795 or by email at mjmonopolis@simmsshowers.com.

Thank you for your assistance.

Sincerely,

Marios J. Monopolis



RECEIPT # 186932
AMOUNT: $39
JAN 26 2010
CASHIER'S SIGNATURE

RECEIVED AND FILED
2010 JAN 26 AM 9:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
410.783.5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA

AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| World Fuel Services Europe, LTD et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-cv-629-JFM |
| The Republic of Iraq et al. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   12/18/2009

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   January 20, 2010

CLERK OF COURT

*Kay Owens*
Signature of Clerk or Deputy Clerk

Case 1:09-cv-00629-JFM   Document 12   Filed 12/18/09   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WORLD FUEL SERVICES EUROPE, LTD*
As successor in interest to
TRAMP OIL and MARINE LTD.,    *

and    *

BROMLEY PARTNERSHIP, LLP

    Plaintiffs,    *    Case No. 1:09-cv-00629-JFM

v.    *

THE REPUBLIC OF IRAQ,

And    *

THE STATE ENTERPRISE FOR WATER
TRANSPORT OF THE REPUBLIC    *
OF IRAQ,

   *

    Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

**JUDGMENT BY DEFAULT** is hereby entered against Defendant the Republic of Iraq and the State Enterprise for Water Transport of the Republic of Iraq, both jointly and severally, for damages in the amount of $4,305,805.62 plus interest accruing as of December 1, 2009 at a daily rate of $712.33 until paid. Judgment is also entered against Defendant for costs of the filing of this action in the amount of $350.00

ENTERED this 18th day of Dec, 2009

Felicia C. Cannon, Clerk   *judy*
United States District Court for the District of Maryland

By _____
Deputy Clerk

J. FREDERICK MOTZ

I hereby attest and certify on 1/20/2010
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _Kay Owens_ Deputy

**Simms Showers, LLP**
20 South Charles Street
Suite 702
Baltimore, Maryland 21201

Frances Rios de Morán, Clerk
United States District Court
for the District of Puerto Rico
150 Carlos Chardon Street, Room 150
Hato Rey, Puerto Rico 00918

